In the Matter of Noah Loder. In the Matter of Clarence A. Leavitt.— Respondents disbarred. Order to be settled on notice.

In the Matter of Paul M. Abrahams.—Reference ordered to official referee. Order to be settled on notice.

James L. Allen, Appellant, v. William W. Farley, as State Commissioner of Excise of the State of New York, and Thomas F. McAvoy, as Special Deputy Commissioner of Excise for the Boroughs of Manhattan and The Bronx, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Wynkoop Hallenbeck Crawford Company, Respondent, v. Frank deK. Huyler and Others, as Executors, etc., of John S. Huyler, Deceased, Appellants, Impleaded with Thomas J. Gaines, Jr.—Order affirmed, with ten dollars costs and disbursements. No opinion.

Orla Rubsamen and Others, Respondents, v. Carl Rudolph Schultz and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Felix Tausend, Respondent, v. Vallandigham B. Baggott and George Ryall, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of Alexander Miller, Deceased.— Order affirmed, with ten dollars costs and disbursements. No opinion.

George G. Goodrich, Appellant, v. Nash Rockwood, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

James R. Keiser, Incorporated, Respondent, v. Kaiser & Company and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Rudolph Cohen, Respondent, v. Sarah F. Cotheal, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

The City of New York, Respondent, Appellant, v. Central Park, North and East River Railroad Company, Appellant. Adrian H. Joline and Douglas Robinson, as Receivers of Metropolitan Street Railway Company, and William W. Ladd, as Receiver of New York City Railway Company, Respondents.— Judgment affirmed, with costs, on plaintiff's appeal to the defendant receivers, respondents, and on the appeal of the defendant Central Park, North and East River Railroad Company, with costs to plaintiff. No opinion.

Walter Harriman, an Infant, by Olivine Kircher, His Guardian ad Litem, Respondent, v. Francis H. Leggett & Company, Appellant.— Judgment and order affirmed, with costs. No opinion. (Ingraham, P. J., dissenting.)

Carscallen & Cassidy, Appellant, v. Moritz Zimmerman and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

The People of the State of New York, Respondent, v. Charles Rinkel, Appellant.— Judgment affirmed. No opinion.

John Scheier, Appellant, v. Hudson Structural Steel Company, Respondent.— Judgment affirmed, with costs. No opinion.

May Eline, Respondent, v. Charles Eline, Appellant. — Judgment affirmed, with costs. No opinion.